April 3, 1980

427 A.2d 1207

Commonwealth v. B. Brown, Appellant.

Submitted September 13, 1979.  Allan M.

Tabas, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, WIEAND and VAN der VOORT, JJ.*

Order affirmed.